# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HIDLEBRAND ) | |
| ) | |
| Plaintiff, ) | CA No. 2:12-cv-1122 |
| ) | |
| v. ) | |
| ) | Hon. Arthur J. Schwab |
| ALLEGHENY COUNTY, ALLEGHENY ) | |
| COUNTY DISTRICT ATTORNEY'S ) | |
| OFFICE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

AND NOW, come the parties, by and through their respective counsel, and stipulate to the voluntary dismissal of the above matter, with prejudice, based upon the agreed upon settlement of the Plaintiff's claims against the Defendant, Allegheny County District Attorney's Office.  Defendant Allegheny County having been dismissed from the case prior to settlement by Court Order.


STIPULATED TO:                                STIPULATED TO:


/s/ Marjorie E. Crist_____              /s/ Charles J. Porter, Jr._____
Marjorie E. Crist, Esquire                    Charles J. Porter, Jr., Esquire
**Counsel for Plaintiff,**                    **Counsel for Defendant,**
**Anthony Hildebrand**                        **Allegheny County District Attorney's Office**


Date:  10/28/2020                             Date: 10/28/2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HIDLEBRAND | ) | |
| | ) | |
| Plaintiff, | ) | CA No. 2:12-cv-1122 |
| | ) | |
| v. | ) | |
| | ) | Hon. Arthur J. Schwab |
| ALLEGHENY COUNTY, ALLEGHENY COUNTY DISTRICT ATTORNEY'S OFFICE, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON STIPULATION OF DISMISSAL

AND NOW, this _____ day of _____, 2020, upon Stipulation of the parties, the above-captioned matter is dismissed with prejudice.

BY THE COURT:

_____, J.
The Honorable Arthur J. Schwab